UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV 15-6410-GW (KLS)                                             Date: October 6, 2015

Title   *Bertha Alicia Martinez Aguirre v. Carolyn W. Colvin*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:  ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

    Plaintiff, who is proceeding *pro se* and *in forma pauperis*, filed a Complaint For Review Of Social Security Decision on August 21, 2015. In paragraph III of its August 25, 2015 Case Management Order ("CMO"), the Court ordered plaintiff to promptly serve the summons and complaint on the Commissioner and to file a Proof of Service with the Court within 30 days after the filing of the CMO – that is, no later than September 28, 2015. The CMO instructed plaintiff that, to effect service, she must send a copy of the summons and complaint by registered or certified mail to each of the following:

   (1) the United States Attorney for the Central District of California, or his or her authorized agent, addressed to the civil process clerk at the Office of the United States Attorney, Civil Division, Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles California 90012;

   (2) Region IX Chief Counsel, Office of the General Counsel, Social Security Administration, 160 Spear Street, Suite 800, San Francisco, CA 94105-154; and

   (3) the Attorney General of the United States in Washington, D.C.

(Docket No. 6 at 3.)  The CMO warned plaintiff that failure to comply could result in dismissal of the case. (*Id.* at 4.)

    On September 3, 2015, the Court issued an Amended Case Management Order ("Amended CMO"), which again instructed plaintiff that she must file proof of service within 30

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 15-6410-GW (KLS)                                        Date: October 6, 2015

Title   *Bertha Alicia Martinez Aguirre v. Carolyn W. Colvin*

days.  However, the Court's review of the file indicates that, to date, plaintiff has not filed a Proof of Service, and more than 30 days have passed since the dates on which the CMO and Amended CMO were filed in this case.

Accordingly, on or before **November 6, 2015**, plaintiff **ORDERED TO SHOW GOOD CAUSE**, why no Proof of Service has been filed and why this case should not be dismissed for lack of diligent prosecution and failure to comply with the Court's prior Orders.  In lieu of responding to this Order to Show Cause, plaintiff may file the required proof of service.

**Plaintiff is expressly cautioned that her failure to timely respond to this Order could result in a recommendation to dismiss this action for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

The Clerk is directed to file with, and attach to this Order, the Amended Case Management Order in Pro Se Social Security Cases which supersedes the Amended CMO filed on September 3, 2015.

**IT IS SO ORDERED.**

:
**Initials of Preparer**      rh