JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BERTHA ALICIA AGUIRRE, | ) | NO. CV 15-6410-GW (KS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner of Social Security is REVERSED, and the above-captioned action is REMANDED for further proceedings consistent with U.S. Magistrate Judge Karen L. Stevenson's Report and Recommendation.

DATED: October 7, 2016

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE